UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ROBERT HILBURN,<br><br>            Plaintiff,<br><br>     v.<br><br>FORTY NINERS FOOTBALL COMPANY, LLC,<br><br>           Defendant. | Case No.  5:16-cv-00078-EJD<br><br>**ORDER TO SHOW CAUSE** |

On March 2, 2016, the Clerk issued a notice which scheduled a Case Management Conference on June 23, 2016, and required the parties to file a Joint Case Management Conference Statement on or before June 16, 2016.  Dkt. No. 13.  As of the date and time this order was filed, however, the court has not received a statement from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **12:00 p.m. on June 20, 2016**, file or cause to be filed a case management conference statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  June 17, 2016

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California